NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**21-756 consolidated with 21-791**

CASSIE ANGELLE

VERSUS

LAFAYETTE CONSOLIDATED GOVERNMENT

AND BRANDON DUGAS

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20196687 E
HONORABLE MICHELLE M. BREAUX, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**SHARON DARVILLE WILSON**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John E. Conery, Van H. Kyzar, and Sharon Darville Wilson, Judges.

**WRIT CONSOLIDATED**
**WITH APPEAL.**

**Katherine A Theunissen**
**MAHTOOK & LAFLEUR, L.L.C.**
**P. O. Box 3089**
**Lafayette, LA 70502**
**(337) 266-2189**
**COUNSEL FOR DEFENDANT/APPLICANT:**
    **Lafayette City-Parish Consolidated Government**
    **Brandon Dugas**

**Donovan J. O'Pry, II**
**John P. Barron**
**John M. Piccione**
**O'PRY LAW FIRM**
**2014 W. Pinhook Road, Suite 507**
**Lafayette, LA 70508**
**(337) 415-0007**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Cassie Angelle**

**Leah M. Penny**
**CASLER, BORDELON, LAWLER & GELDER**
**4000 South Sherwood Forest Boulevard, Suite 303**
**Baton Rouge, LA 70816**
**(337) 230-5532**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Cassie Angelle**
    **Progressive Paloverde InsuranceCompany**

**WILSON, Judge.**

Defendants, Officer Brandon Dugas and his employer Lafayette Consolidated Government (LCG), filed a supervisory writ in this matter seeking review of the trial court's ruling granting the motion for partial summary judgment filed by Plaintiffs, Cassie Angelle and her automobile insurer Progressive Paloverde Insurance Company (Progressive) and finding Defendants solely at fault for collision with Ms. Angelle. Thereafter, Defendants appealed a contemporaneous judgment of the trial court finding Defendants solely at fault for the collision and granting the Plaintiffs' motion for summary judgment. We granted the writ application for the limited purpose of ordering the consolidation of the writ with the appeal. We affirm the trial court's ruling on the motion for partial summary judgment for the reasons expressed in the opinion rendered in 21-791.

**WRIT CONSOLIDATED WITH APPEAL**.

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Courts of Appeal.